# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Linda Moen,

          Plaintiff,                   Civil 10-1039 (RHK/RLE)

vs.                         **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

          Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 31, 2010

                                 s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge